CITY OF MUSKEGON v. HANES.

MUNICIPAL CORPORATIONS — ORDINANCES — VIOLATION — PROSECUTION—APPEAL—EXCEPTIONS BEFORE SENTENCE.

Prosecutions for violation of city ordinances are not reviewable in this court on exceptions before sentence.

Exceptions before judgment from Muskegon; Sessions, J. Submitted October 12, 1906. (Docket No. 71.) Decided November 13, 1906.

Mary A. Hanes was convicted of violating a city ordinance. Proceedings dismissed, and court below advised to proceed to judgment.

*Cross, Lovelace & Ross*, for appellant.

*James E. Sullivan*, for appellee.

HOOKER, J. This cause was brought to this court on exceptions before sentence from the circuit court for the county of Muskegon. We cannot consider it for the reasons stated by Mr. Justice OSTRANDER, in the case of *People* v. *Smith*, ante, 193.

The cause is dismissed, with directions to the circuit court to render judgment therein.

GRANT, BLAIR, MONTGOMERY, and OSTRANDER, JJ., concurred.